IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA SOCORRO CABALLERO,

    Plaintiff,　　　　　　　　　　　　No. 2:12-cv-2357 KJN

    v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.　　　　　　　　　　　<u>ORDER</u>
_____/

       Plaintiff, who is represented by an attorney, filed her complaint without paying the applicable filing fee.[1]  Instead, plaintiff filed an application to proceed in forma pauperis (Dkt. No. 3).

       Plaintiff's declaration in support of her application to proceed in forma pauperis indicates that she and her husband own a house valued at approximately $150,000 (on which they make $600 monthly mortgage payments) and that she owns a separate rental property with her daughter that is valued at approximately $100,000 (on which she and her daughter make monthly mortgage payments of $791, but receive monthly rent of $1,400).  (Dkt. No. 3 at 2.)  The declaration further reflects that plaintiff and her husband own two vehicles together with a

---

[1] This case was referred to the undersigned pursuant to E.D. Cal. L.R. 302(c)(15) and 28 U.S.C. § 636(c).

1

1  combined value of $3,500 and that she has a bank account with approximately $1,500.  (Id.)

2  Pursuant to federal statute, a filing fee of $350 is required to commence a civil

3  action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the

4  commencement of an action "without prepayment of fees or security therefor" by a person that is

5  unable to pay such fees or provide security therefor.  28 U.S.C. § 1915(a)(1).  Plaintiff's

6  declaration does not demonstrate that she is unable to pay the initial filing fee.  Thus, plaintiff has

7  made an inadequate showing of indigency.  See Olivares v. Marshall, 59 F.3d 109, 112 (9th Cir.

8  1995); Alexander v. Carson Adult High Sch., 9 F.3d 1448, 1449 (9th Cir. 1993).

9  For the foregoing reasons, IT IS HEREBY ORDERED that:

10  1.  Plaintiff's application to proceed in forma pauperis (dkt. no. 3) is denied

11  without prejudice.

12  2.  Within 28 days of the date of this order, plaintiff shall pay the applicable

13  filing fee or file an amended application to proceed in forma pauperis that adequately explains

14  why plaintiff is unable to pay the initial filing fee despite her assets outlined above.  Plaintiff's

15  failure to pay the filing fee or file an amended application by the above deadline will result in a

16  recommendation that plaintiff's complaint be dismissed pursuant to Federal Rule of Civil

17  Procedure 41(b), and shall also constitute plaintiff's consent to such involuntary dismissal.

18  IT IS SO ORDERED.

19  DATE:  January 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2