Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237

Attorney for Plaintiff:
**Maria Socorro Caballero**

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA SOCORRO CABALLERO,** ) | **Case No.:** 2:12-cv-02357-KJN |
| ) | |
| Plaintiff ) | **STIPULATION FOR AN** |
| ) | **EXTENSION OF TIME TO FILE** |
| v. ) | **PLAINTIFF'S MOTION FOR** |
| ) | **SUMMARY JUDGMENT AND/** |
| **CAROLYN W. COLVIN,** ) | **OR REMAND AND** |
| Acting Commissioner of Social Security ) | **ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

    The parties, though counsel, stipulate to a 60-day extension of time in which plaintiff

may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final

Decision to November 19, 2013.

                                                **Respectfully submitted,**

**September 6, 2013**                           /s/ Richard A. Whitaker
                                                Richard Allen Whitaker, Esq.
                                                Attorney for Plaintiff


Dated: September 9, 2013                         Benjamin B. Wagner
                                                United States Attorney


                                                /s/ Susan L. Smith
                                                Susan L. Smith
                                                Special Assistant, U.S. Attorney

////

////

////

1

2                                          ORDER

3    Dated:  September 10, 2013

4                                          _____
                                           KENDALL J. NEWMAN
5                                          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28