Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237

Attorney for Plaintiff:
**Maria Socorro Caballero**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIA SOCORRO CABALLERO,**<br><br>Plaintiff<br><br>v.<br><br>**CAROLYN W. COLVIN,**<br>Acting Commissioner of Social Security<br><br>Defendant. | Case No.: 2:12-cv-02357-KJN<br><br>**STIPULATION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/ OR REMAND AND ORDER** |

The parties, though counsel, stipulate to a 60-day extension of time in which plaintiff may file her Motion for Summary Judgment and/or Remand of the Commissioner's Final Decision to November 19, 2013.

                                            **Respectfully submitted,**

**September 6, 2013**                  /s/ Richard A. Whitaker
                                            Richard Allen Whitaker, Esq.
                                            Attorney for Plaintiff


Dated: September 9, 2013          Benjamin B. Wagner
                                             United States Attorney


                                             /s/ Susan L. Smith
                                             Susan L. Smith
                                             Special Assistant, U.S. Attorney

////

////

////

ORDER

Dated: September 10, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE