| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
|   | DONNA L. CALVERT, SBN IL 6191786 |
| 3 | Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| 4 | SUSAN L. SMITH, CSBN 253808 |
|   | Special Assistant United States Attorney |
| 5 |         160 Spear Street, Suite 800 |
| 6 |         San Francisco, CA  94105 |
|   |         Telephone:  415-977-8973 |
| 7 |         Facsimile:  415-744-0134 |
|   |         E-Mail:  susan.l.smith@ssa.gov |
| 8 | |
| 9 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| MARIA SOCORRO CABALLERO, | ) | CIVIL NO. 2:12-cv-02357-KJN |
|  | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR A** |
| v. | ) | **FIRST EXTENSION OF TIME FOR** |
|  | ) | **DEFENDANT TO RESPOND TO** |
| CAROLYN W. COLVIN, | ) | **PLAINTIFF'S OPENING BRIEF** |
|  | ) | |
| Acting Commissioner of Social Security, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension in light of other district

1
Caballero Stip. and Order for Extension - 2:12-cv-02357-KJN

court litigation, an oral argument before the Ninth Circuit Court of Appeals and substantive non-litigation matters.

The current due date is December 2, 2013.  The new due date will be January 16, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 2, 2013             /s/ Richard A. Whitaker
                                    (by email authorization on December 2, 2013)
                                    Attorney for Plaintiff

Dated: December 2, 2013             BENJAMIN B. WAGNER
                                    United States Attorney

                            By:     /s/ *Susan L. Smith*
                                    Susan L. Smith
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  December 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE