BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SUSAN L. SMITH, CSBN 253808
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone:  415-977-8973
    Facsimile:  415-744-0134
    E-Mail:  susan.l.smith@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARIA SOCORRO CABALLERO, | ) CIVIL NO. 2:12-cv-02357-KJN |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR A** |
| v. | ) **FIRST EXTENSION OF TIME FOR** |
| | ) **DEFENDANT TO RESPOND TO** |
| CAROLYN W. COLVIN, | ) **PLAINTIFF'S OPENING BRIEF** |
| | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 45 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension in light of other district

1
Caballero Stip. and Order for Extension - 2:12-cv-02357-KJN

court litigation, an oral argument before the Ninth Circuit Court of Appeals and substantive non-litigation matters.

The current due date is December 2, 2013.  The new due date will be January 16, 2014. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: December 2, 2013            /s/ Richard A. Whitaker
                                   (by email authorization on December 2, 2013)
                                   Attorney for Plaintiff

Dated: December 2, 2013            BENJAMIN B. WAGNER
                                   United States Attorney

                            By:    /s/ *Susan L. Smith*
                                   Susan L. Smith
                                   Special Assistant U.S. Attorney

                                   Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated:  December 3, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE