Richard A. Whitaker (SBN 58618)
**THE LAW OFFICES OF RICHARD A. WHITAKER**
2480 Hilborn Road, Suite 102
Fairfield, CA 94534
Ph: (707) 427-2237
Attorney for Plaintiff:
**Maria Caballero**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CABALLERO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  2:12-cv-2357-KJN<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that the Plaintiff be awarded attorney fees under the EAJA in the amount of THREE THOUSAND SEVEN HUNDRED AND FIFTY dollars and 0 cents ($3,750.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff, to date, by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412.

　　　　This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

////

Following the issuance of an order by the Court, the United States Department of the Treasury will determine whether Plaintiff owes a government debt and take appropriate action according to its own statutes and regulations, as permitted by <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010). If no debt is owed, then the Government will accept Plaintiff's assignment of EAJA fees and make the check payable to Richard A. Whitaker, counsel for Plaintiff.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

                Respectfully submitted,

November 4, 2014            /s/ Richard A. Whitaker
                              Richard Allen Whitaker, Esq.
                              Attorney for Plaintiff

Dated: November 5, 2014          Benjamin B. Wagner
                              United States Attorney

                              /s/Susan L. Smith*
                              Susan L. Smith
                              *By *email authorization* on Nov. 5, 2014

                              Special Assistant, U.S. Attorney

                  ORDER

APPROVED AND SO ORDERED.

Dated: November 7, 2014

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE